November 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JERRY ALFRED FUTCH, JR., Appellant

NO. 14-10-00399-CV                    V.

RELIANT SOURCES, INC., (NKA RRI ENERGY, INC.), RELIANT ENERGY
SERVICES, INC. (NKA RRI ENERGY SERVICES, INC.) BAKER BOTTS, L.L.P.,
SIDLEY AURTIN, L.L.P., AND RELIANY ENERGY, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Baker Botts, L.L.P., signed February 2, 2010, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order the parties, appellant, Jerry Alfred Futch, Jr., and appellee, Baker Botts, L.L.P., to pay their own costs incurred in this appeal. We further order this decision certified below for observance.